19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. 582147                                          DIVISION "D"

BRIAN AND DANIELLE DUBREUIL

VERSUS

LIBERTY MUTUAL INSURANCE COMPANY, AMERICA FIRST INSURANCE
COMPANY and REID, JONES, MCRORIE AND WILLIAMS

FILED: _____          _____
                                                 DEPUTY CLERK

PETITION

NOW INTO COURT come Plaintiffs, Brian and Danielle Dubreuil ("Plaintiffs") who

file this Complaint against Defendants, Liberty Mutual Insurance Company ("Liberty Mutual"),

America First Insurance Company, ("America First") and Reid, Jones, McRorie and Williams

("Reid Jones") (Liberty Mutual, America First and Reid Jones are hereinafter collectively

referred to as "Defendants") and allege as follows:

PARTIES

1.

Plaintiffs' capacity and domicile are as follows:

Brian Dubreuil is of majority and a resident of East Baton Rouge Parish.

Danielle Dubreuil is of majority and a resident of East Baton Rouge Parish.

2.

Defendants' capacity and domicile are as follows:

1. America First Insurance Company is a foreign insurance company authorized

to do and doing business in Louisiana which may be served with process by

service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton

Rouge, Louisiana 70809.

2. Liberty Mutual Insurance Company is a foreign insurance company authorized

to do and doing business in Louisiana which may be served with process by

service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton

Rouge, Louisiana 70809.

EXHIBIT
A

JMD\Hurricane Claim\0708287 Petition

FAX CO____ 9/1/09
OR__ 9/4/09

3. **Reid, Jones, McRorie and Williams** is a foreign corporation which at all pertinent times herein were doing business in Louisiana as agent for America First Insurance Company.

3.

Plaintiffs, purchased from Liberty Mutual and or America First, a homeowners policy, Policy No. PLPW175197, naming Plaintiffs as the insured. The subject policy insured the property at 1895 East Lakeshore Drive, Baton Rouge, Louisiana for the limits stated therein and provided all coverages states therein, including coverages for physical damage, loss of use, contents, and other coverages. All of the terms and conditions of the subject policy are incorporated by reference as if set out here *in extensio*.

4.

On September 1, 2008, Hurricane Gustav struck the Gulf Coast of Louisiana and the Baton Rouge Metropolitan Area, including East Baton Rouge Parish, bringing with it hurricane force winds, rainfall and related flooding and damages.

5.

As expected, Hurricane Gustav produced a great deal of rainfall and caused significant wind and flooding damage in the East Baton Rouge Metropolitan Area, including East Baton Rouge Parish, which caused significant damage to the insured property.

6.

Shortly thereafter, Plaintiffs notified America First of the loss and filed a claim.

7.

On September 4, 2008 Plaintiffs' received a letter indicating that an adjuster would be assigned. A few days later an adjuster from Reid Jones, agent for Liberty Mutual and or America First, came to the house with an assistant and made an assessment of the damages. The adjuster indicated that he would file the claim and that "someone from the insurance company" would call within 30 days to discuss his assessment before closing the case.

8.

More than 60 days later, after not hearing from anyone from the insurance company or Reid, Jones, Plaintiffs started making phone calls to inquire of the status of the claim. In November, Plaintiff learned that the case had been turned over to Liberty Mutual Insurance Company.

9.

Plaintiffs called Liberty Mutual to discuss the claim. Liberty Mutual stated that it appeared that the case had been closed and that they would issue a check in the amount of $1,824.80. The Check in the amount of $1,824.80 was grossly insufficient to cover the insured loss and Defendants either knew or should have known that the claim was not properly adjusted.

10.

Despite having had satisfactory proof of this loss since September 2008, Defendants failed to properly adjust and/or pay the claim.

11.

Plaintiffs are entitled to damages for property damage, living expenses supplemental payments, recoverable depreciation and other damages due under the policy and applicable damage under Louisiana law, including, penalties, interest and attorney's fees.

12.

Defendants are liable to Plaintiffs for failure to make timely payment, failure to properly adjust the claim, breach of contract, bad faith pursuant to La. Rev. Stat. 22:1220, bad faith pursuant to La. Rev. Stat. 22:658, bad faith pursuant to La. Civ. Code art. 1997, breach of its duty of good faith and fair dealing, and other causes of action that will be proven at trial.

**PRAYER FOR RELIEF**

Plaintiffs pray that after due proceedings are conducted, this Court award Judgment in favor of Plaintiffs and against Defendants for all damages set forth herein, including, but not limited to, all general, specific, equitable, and punitive relief which includes but is not limited to damages, costs, attorneys fees, penalties, and interest from the date of injury. Plaintiffs further pray for all general and equitable relief which this Honorable Court deems sufficient.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

By _____

John M. Dubreuil (#20792)
227 Highway 21
Madisonville, Louisiana 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
Mailing Address:
Post Office Box 5350
Covington, Louisiana 70434-5350
Attorneys for Brian and Danielle
Dubreuil

CERTIFIED
TRUE COPY

DEC 02 2009

By _____
DEPUTY CLERK

**PLEASE HOLD SERVICE**

582147



**DAIGLE FISSE & KESSENICH**

POSTED
DEC A 1 2009

November 25, 2009

**JOHN M. DUBREUIL**

Please Reply To:

P.O. Box 5350
Covington, LA 70434-5350
985.871.0800 phone
985.871.0899 fax
jdubreuil@daiglefisse.com

**Via Facsimile (225-389-3392)**
Clerk of Court
East Baton Rouge Parish
P. O. Box 1991
Baton Rouge, LA 70821-1991

COST OK Amt. 318.00
Ch #19681
DEC - 1 2009
BY ___ RD
DY CLERK OF COURT

**Attention: Civil Filing**

Re: *Brian and Danielle Dubreuil vs. America First Insurance Co. et al.*

Dear Sir or Madame,

    Please issue service of the attached Petition on:

1. **America First Insurance Company** which may be served with process by service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

2. **Liberty Mutual Insurance Company** which may be served with process by service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

    Additionally, please return a Certified Copy of the Citation and Petition to me so that we may issue Service of Process on

    **Reid, Jones, McRorie and Williams** a foreign corporation which at all pertinent times herein was doing business in Louisiana, via LA R.S. 13:3204 at their corporate office located at 5806 Monroe Road Charlotte, NC 28212.

    If you have any questions, please call me or my assistant, Jeanie Steinhauer. Your courtesies and cooperation are appreciated.

        Sincerely,

        John M. Dubreuil

JMD:js
Enclosure

FAX COPY FILED 11/25/09
REC'D C. ORIGINAL FILED 12/1/09

DEC - 1 2009

942-03/091125 Clerk of Court ReRequest of Service of Petition

NO. 582147                                    DIVISION "D"

### BRIAN AND DANIELLE DUBREUIL

#### VERSUS

### LIBERTY MUTUAL INSURANCE COMPANY, AMERICA FIRST INSURANCE COMPANY and REID, JONES, MCRORIE AND WILLIAMS

FILED: _____        _____

                                        DEPUTY CLERK

#### PETITION

NOW INTO COURT come Plaintiffs, Brian and Danielle Dubreuil ("Plaintiffs") who file this Complaint against Defendants, Liberty Mutual Insurance Company ("Liberty Mutual"), America First Insurance Company, ("America First") and Reid, Jones, McRorie and Williams ("Reid Jones") (Liberty Mutual, America First and Reid Jones are hereinafter collectively referred to as "Defendants") and allege as follows:

#### PARTIES

1.

Plaintiffs' capacity and domicile are as follows:

**Brian Dubreuil** is of majority and a resident of East Baton Rouge Parish.

**Danielle Dubreuil** is of majority and a resident of East Baton Rouge Parish.

2.

Defendants' capacity and domicile are as follows:

1. **America First Insurance Company** is a foreign insurance company authorized to do and doing business in Louisiana which may be served with process by service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

2. **Liberty Mutual Insurance Company** is a foreign insurance company authorized to do and doing business in Louisiana which may be served with process by service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

3. **Reid, Jones, McRorie and Williams** is a foreign corporation which at all pertinent times herein were doing business in Louisiana as agent for America First Insurance Company.

3.

Plaintiffs, purchased from Liberty Mutual and or America First, a homeowners policy, Policy No. PLPW175197, naming Plaintiffs as the insured. The subject policy insured the property at 1895 East Lakeshore Drive, Baton Rouge, Louisiana for the limits stated therein and provided all coverages states therein, including coverages for physical damage, loss of use, contents, and other coverages. All of the terms and conditions of the subject policy are incorporated by reference as if set out here *in extensio*.

4.

On September 1, 2008, Hurricane Gustav struck the Gulf Coast of Louisiana and the Baton Rouge Metropolitan Area, including East Baton Rouge Parish, bringing with it hurricane force winds, rainfall and related flooding and damages.

5.

As expected, Hurricane Gustav produced a great deal of rainfall and caused significant wind and flooding damage in the East Baton Rouge Metropolitan Area, including East Baton Rouge Parish, which caused significant damage to the insured property.

6.

Shortly thereafter, Plaintiffs notified America First of the loss and filed a claim.

7.

On September 4, 2008 Plaintiffs' received a letter indicating that an adjuster would be assigned. A few days later an adjuster from Reid Jones, agent for Liberty Mutual and or America First, came to the house with an assistant and made an assessment of the damages. The adjuster indicated that he would file the claim and that "someone from the insurance company" would call within 30 days to discuss his assessment before closing the case.

8.

More than 60 days later, after not hearing from anyone from the insurance company or Reid, Jones, Plaintiffs started making phone calls to inquire of the status of the claim. In November, Plaintiff learned that the case had been turned over to Liberty Mutual Insurance Company.

9.

Plaintiffs called Liberty Mutual to discuss the claim. Liberty Mutual stated that it appeared that the case had been closed and that they would issue a check in the amount of $1,824.80. The Check in the amount of $1,824.80 was grossly insufficient to cover the insured loss and Defendants either knew or should have known that the claim was not properly adjusted.

10.

Despite having had satisfactory proof of this loss since September 2008, Defendants failed to properly adjust and/or pay the claim.

11.

Plaintiffs are entitled to damages for property damage, living expenses supplemental payments, recoverable depreciation and other damages due under the policy and applicable damage under Louisiana law, including, penalties, interest and attorney's fees.

12.

Defendants are liable to Plaintiffs for failure to make timely payment, failure to properly adjust the claim, breach of contract, bad faith pursuant to La. Rev. Stat. 22:1220, bad faith pursuant to La. Rev. Stat. 22:658, bad faith pursuant to La. Civ. Code art. 1997, breach of its duty of good faith and fair dealing, and other causes of action that will be proven at trial.

**PRAYER FOR RELIEF**

Plaintiffs pray that after due proceedings are conducted, this Court award Judgment in favor of Plaintiffs and against Defendants for all damages set forth herein, including, but not limited to, all general, specific, equitable, and punitive relief which includes but is not limited to damages, costs, attorneys fees, penalties, and interest from the date of injury. Plaintiffs further pray for all general and equitable relief which this Honorable Court deems sufficient.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

By_____
John M. Dubreuil (#20792)
227 Highway 21
Madisonville, Louisiana 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
Mailing Address:
Post Office Box 5350
Covington, Louisiana 70434-5350
**Attorneys for Brian and Danielle
Dubreuil**

**PLEASE HOLD SERVICE**

S/Hurricane Claim/Pleadings/Petition          3

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
FILED
2009 SEP -4 PM 12 55
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

CERTIFIED TRUE COPY
DEC 0 2 2009

CERTIFIED COPY
DEPUTY CLERK OF COURT
001175
DEPUTY CLERK OF COURT E.B.R. PARISH

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 582147                                     DIVISION "D"

BRIAN AND DANIELLE DUBREUIL

v.

LIBERTY MUTUAL INSURANCE COMPANY, AMERICA FIRST INSURANCE
COMPANY AND REID, JONES, McRORIE AND WILLIAMS

FILED:_____        _____
                                                      DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

Defendants, Liberty Mutual Insurance Company ("Liberty") and America First Insurance Company ("America First"), hereby move for an extension of time within which to respond to the Petition for Damages in the above-referenced case through and including January 12, 2010.

1.

The plaintiffs served their Petition on Liberty and America First on December 8, 2009 thereby making responsive pleadings due December 23, 2009.

2.

Undersigned counsel, however, only recently received the Petition and has not had sufficient time to formulate a response.

3.

Defendants would like to respond adequately, but need additional time to respond.

4.

Considering the time constraints mentioned above, Liberty and America First request that this Court grant it a twenty-(20) day extension of time within which to file responsive pleadings. This extension will not unduly delay the hearing or determination of this case.

Respectfully Submitted,

_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Insurance Company and America First Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 23rd day of December, 2009.

_____

149550

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 582147                                    DIVISION "D"

BRIAN AND DANIELLE DUBREUIL

v.

LIBERTY MUTUAL INSURANCE COMPANY, AMERICA FIRST INSURANCE
COMPANY AND REID, JONES, McRORIE AND WILLIAMS


FILED:_____          _____
                                             DEPUTY CLERK

### ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendants, Liberty Mutual Insurance Company

("Liberty") and America First Insurance Company ("America First"), be and hereby are granted

an extension of time through and including January 12, 2010 within which to respond to the

Petition for Damages.


Baton Rouge, Louisiana, this _____ day of December, 2009.


                              _____
                                      J U D G E




149550

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 582147                                                    DIVISION "D"

BRIAN AND DANIELLE DUBREUIL

v.

LIBERTY MUTUAL INSURANCE COMPANY, AMERICA FIRST INSURANCE
COMPANY AND REID, JONES, McRORIE AND WILLIAMS

FILED:_____          _____
                                                    DEPUTY CLERK

## REQUEST FOR NOTICE

Defendants, Liberty Mutual Insurance Company ("Liberty") and America First Insurance

Company ("America First"), pursuant to Louisiana Code of Civil Procedure article 1572, move

this Court for written notice ten (10) days in advance of the date fixed for a trial or hearing of

any exception, motion, rule or trial on the merits in the above captioned proceeding and, pursuant

to Louisiana Code of Civil Procedure articles 1913 and 1914, request immediate notice of all

interlocutory and final orders and judgments on any exceptions, motions, rules, or the trial on the

merits in the above-captioned proceeding.

Respectfully Submitted,

_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Insurance
Company and America First Insurance
Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Notice has

been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same

in the United States mail, postage prepaid and properly addressed, this 23rd day of December,

2009.

_____

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 582147                                    DIVISION "D"

BRIAN AND DANIELLE DUBREUIL

v.

LIBERTY MUTUAL INSURANCE COMPANY, AMERICA FIRST INSURANCE
COMPANY AND REID, JONES, McRORIE AND WILLIAMS

FILED:_____        _____
                                              DEPUTY CLERK

## NOTICE OF REMOVAL OF STATE COURT PROCEEDING TO FEDERAL COURT

TO:    Hon. Doug Welborn, Clerk of Court
       19th Judicial District Court
       Parish of East Baton Rouge
       P. O. Box 1991
       Baton Rouge, Louisiana 70821-1991

       **PLEASE TAKE NOTICE** that Defendants, Liberty Mutual Insurance Company

("Liberty") and America First Insurance Company ("America First"), have filed a Notice of

Removal of this action, entitled *Brian and Danielle Dubreuil v. Liberty Mutual Insurance*

*Company, America First Insurance Company and Reid, Jones, McRorie and Williams,* bearing

docket number 582147 on the docket of 19th Judicial District Court for the Parish of East Baton

Rouge, State of Louisiana, a copy of said Notice being filed herewith in conformity with 28

U.S.C. § 1446(d).

                              Respectfully Submitted,

                              _____
                              H. Minor Pipes, III, 24603
                              Jonathan R. Bourg, 31058
                              BARRASSO USDIN KUPPERMAN
                                 FREEMAN & SARVER, L.L.C.
                              909 Poydras Street, Suite 2400
                              New Orleans, Louisiana 70112
                              Telephone: (504) 589-9700
                              Facsimile: (504) 589-9701
                              *Attorneys for Liberty Mutual Insurance*
                              *Company and America First Insurance*
                              *Company*

## CERTIFICATE

       I hereby certify that a copy of the above and foregoing Notice of Removal of

State Court Proceeding to Federal Court has been served upon counsel of record by facsimile,

hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and

properly addressed, this 7th day of January, 2010.

# CITATION
## (Long Arm LSA R.S. 13:3201 et seq.)

BRIAN DUBREUIL ET AL
(Plaintiff)

vs.

LIBERTY MUTUAL INSURANCE
COMPANY ET AL
(Defendant)

NUMBER  C582147 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO:    REID JONES, MCRORIE & WILLIAMS

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 02-DEC-2009.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: JOHN M DUBREUIL

*Also attached are the following documents:
PETITION

CITATION-LONG ARM- 2412

2402-09-016090

# CITATION

BRIAN DUBREUIL ET AL
(Plaintiff)

vs.

LIBERTY MUTUAL INSURANCE
COMPANY ET AL
(Defendant)

NUMBER C582147 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: AMERICA FIRST INSURANCE COMPANY
THRU LA SECRETARY OF STATE
8549 UNITED PLAZA BLVD
BATON ROUGE, LA 70809

SERVED ON
JAY DARDENNE

DEC - 8 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 02-DEC-2009.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: JOHN M DUBREUIL

*The following documents are attached:
PETITION

## SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20 ___ , served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of _____, this _____ day of _____, 20 ___ .

SERVICE:       $_____
MILEAGE       $_____            _____
TOTAL:        $_____                 Deputy Sheriff
                                    Parish of East Baton Rouge

CITATION - 2402



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

null / ALL
Transmittal Number: 7222153
Date Processed: 12/11/2009

| Primary Contact: | Litigation Manager<br>America First Insurance Company<br>1600 N. Collins Blvd.<br>Suite 3000<br>Richardson, TX 75080 |
|---|---|

| | |
|---|---|
| Entity: | America First Insurance Company<br>Entity ID Number 2538586 |
| Entity Served: | America First Insurance Company |
| Title of Action: | Brian Dubreuil vs. Liberty Mutual Insurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court: | East Baton Rouge Parish District Court, Louisiana |
| Case Number: | 582147D |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 12/10/2009 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | State of Louisiana Secretary of State on 12/08/2009 |
| How Served: | Certified Mail |
| Sender Information: | John M. Dubreuil<br>985.871.0800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

12/09/09

AMERICA FIRST INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA  70802-6129

SUIT NO: 582147
19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

BRIAN DUBREUIL, ET AL
vs
LIBERTY MUTUAL INS CO., ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

                              Yours very truly,

                              JAY DARDENNE
                              Secretary of State

Served on: JAY DARDENNE                Date:  12/08/09 at  3:00 PM
Served by: LEO KLING                   Title: DEPUTY DHERIFF

========================================================================
Received      Number        Date        Paid By              Amount
CHECK/M.O.    213089        12/04/09    EAST BATON ROUGE COC    25.00

TG                         500.00
========================================================================

# NO. 739980



582,147



## DAIGLE FISSE & KESSENICH

POSTED
DEC 1 2009

November 25, 2009

**JOHN M. DUBREUIL**

Please Reply To:

P.O. Box 5350
Covington, LA 70434-5350
985.871.0800 phone
985.871.0899 fax
jdubreuil@daiglefisse.com

<u>**Via Facsimile (225-389-3392)**</u>
Clerk of Court
East Baton Rouge Parish
P. O. Box 1991
Baton Rouge, LA 70821-1991

COST OK Amt. 318. 00
Ch # 19681
DEC - 1 2009
BY ND
DY CLERK OF COURT

**Attention: Civil Filing**

Re:    *Brian and Danielle Dubreuil vs. America First Insurance Co. et al.*

Dear Sir or Madame,

Please issue service of the attached Petition on:

1.  **America First Insurance Company** which may be served with process by service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

2.  **Liberty Mutual Insurance Company** which may be served with process by service on the Louisiana Secretary of State, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

Additionally, please return a Certified Copy of the Citation and Petition to me so that we may issue Service of Process on

>   **Reid, Jones, McRorie and Williams** a foreign corporation which at all pertinent times herein was doing business in Louisiana, via LA R.S. 13:3204 at their corporate office located at 5806 Monroe Road Charlotte, NC 28212.

If you have any questions, please call me or my assistant, Jeanie Steinhauer. Your courtesies and cooperation are appreciated.

Sincerely,

John M. Dubreuil

JMD:js
Enclosure

FAX COPY FILED 11/25/09
REC'D C. ORIGINAL FILED 12/1/09

DEC - 1 2009

942-03/091125 Clerk of Court ReRequest of Service of Petition



UNITED STATES POSTAGE

$ 03.41⁰
02 1M
0004234203    DEC 09 2009
MAILED FROM ZIPCODE 70802

7009 0080 0001 0214 2116

JAY DARDENNE
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

SS104 (R 11/10)

Home

Please wait while we prepare this page for printing.

**Active Company Search Form**

New Search

Search By:

- ● Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name   America First Insurance Company       Search

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | |
|---|---|
| America First Insurance Company | |
| NAIC: | 12696 |
| Status: | Active |

| | | | |
|---|---|---|---|
| **Domicile:** | NH | | **License Types: Admitted Insurer - 10/18/1984**<br>**CE Provider - 01/15/2003** |
| **Address:** | 175 Berkeley Street<br>Boston , MA 02117 | | **Classification: Fire And Casualty**<br><br>**Coverage Lines: Burglary and forgery**<br>**Fidelity - 04/12/2004** |
| | Click here for additional addresses | | **Fire and allied lines**<br>**Home Owners**<br>**Liability**<br>**Marine and transportation** |
| **Phone:** | (800) 443-2534 | | **Miscellaneous**<br>**Steam Boiler and Sprinkler Leakage**<br>**Vehicle** |
| | Click here for additional phones | | **Workers' Compensation**<br>**Credit property and casualty - 08/14/2009**<br>**Surety - 04/12/2004** |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | | |

EXHIBIT

B

| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | |

Case 2:10-cv-00016-EJP-DLD   Document 1-2    01/07/10   Page 20 of 24

Home

Please wait while we prepare this page for printing.

## Active Company Search Form

New Search

Search By:
- ⊙ Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name    Liberty Mutual Insurance Company         Search

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | | | |
|---|---|---|---|
| Liberty Mutual Insurance Company | | | |
| NAIC: | 23043 | | |
| Status: | Active | | |
| Domicile: | MA | | License Types: Admitted Insurer - 04/02/1923<br>CE Pre-License - 10/20/1989 |
| Address: | 175 Berkeley Street<br>Boston , MA 02117 | | Classification: Fire And Casualty<br><br>Coverage Lines: Burglary and forgery<br>Crop |
| | Click here for additional addresses | | Fidelity<br>Fire and allied lines<br>Health and accident |
| Phone: | (603) 749-2600 x33122 | | Liability<br>Marine and transportation<br>Miscellaneous<br>Steam Boiler and Sprinkler Leakage |
| | Click here for additional phones | | Vehicle<br>Workers' Compensation<br>Surety |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE | | |

EXHIBIT

tabbies

C

| Agent Address: | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | |
|---|---|---|



**Forming a part of**

| | |
|---|---|
| **Policy Number:** PLP W175197 | |
| **Coverage Is Provided In** AMERICA FIRST INSURANCE COMPANY - A STOCK COMPANY | |
| **Named Insured:**<br>BRIAN DUBREUIL | **Agent:**<br>BOURG INSURANCE AGENCY INC<br><br>Agent Code: 3220137   Agent Phone: (225)-473-8282 |

## HOMEOWNERS COVERAGE

### PREMIUM SUMMARY

| | | | | |
|---|---|---|---|---|
| Reason for Transaction | RENEWAL | Base Coverage Premium | $ | 2,373.00 |
| Transaction Effective Date | 07/03/2008 | Additional Coverage Premium | $ | 497.00 |
| Premium For This Transaction | $ 1,586.00 | Credits and Debits | $ | -1,360.00 |
| | | 2005 LA FAIR Plan Emergency Assessment | $ | 76.00 |
| | | Total Coverage Premium | $ | 1,586.00 |

### BASE COVERAGES AND PREMIUMS

Insurance is provided where a premium entry is shown for the coverage.

| Location | | | | Limit of Liability | Premium |
|---|---|---|---|---|---|
| 001 | SECTION I | Coverage A - | Dwelling | $ 579,000 | $ 2,359.00 |
| | | Coverage B - | Other Structures | $ 57,900 | INCLUDED |
| | | Coverage C - | Personal Property | $ 434,300 | INCLUDED |
| | | Coverage D - | Loss of Use | $ 115,800 | INCLUDED |
| | SECTION II | Coverage E - | Personal Liability (each occurrence) | $ 300,000 | $ 14.00 |
| | | | Aggregate Sublimit – Fungi, Wet Or Dry Rot, Or Bacteria | $ 50,000 | INCLUDED |
| | | Coverage F - | Medical Payments (each person) | $ 1,000 | INCLUDED |

**ADDITIONAL COVERAGES**

| | | |
|---|---|---|
| IDENTITY FRAUD EXPENSE COVERAGE | $ | 25.00 |
| HOMEOWNERS ULTRA PLUS ENDORSEMENT | $ | 472.00 |
| FUNGI, WET OR DRY ROT, OR BACTERIA - SECTION I | $ 10,000 | INCLUDED |

Deductible amount - SECTION I - $ 2,500. In case of loss under SECTION I, we cover only that part of the loss over the deductible stated.

### CREDITS AND DEBITS

| Location | Title | | Premium |
|---|---|---|---|
| 001 | CREDIT FOR PROTECTIVE DEVICES | $ | -354.00 |
| 001 | DEDUCTIBLE ADJUSTMENT | $ | -684.00 |
| 001 | NEW HOME DISCOUNT | $ | -55.00 |
| 001 | PERSONAL PROTECTOR CREDIT | $ | -267.00 |

### RATING INFORMATION

| Location | Territory | No. of Family | Premium Group | Year Built | Feet to Hydrant | Prot Class | |
|---|---|---|---|---|---|---|---|
| 001 | Z1 | 1 | 100 | 1998 | 0000 | 01 | 06 |

HO (07/96)

2

**EXHIBIT**

D

Case 3:10-cv-00016-FJP-D D   Document 1-2   01/07/10   Page 23 of 24

―――――――――――――――― RATING INFORMATION ――――――――――――――――

| Location | Primary Residence | Automatic Value-up at Renewal | | Construction |
|----------|-------------------|-------------------------------|--|-------------|
| 001 | Y | | | BRICK VENEER |

| Location | Year Roof Renv. | Year Electr. Renv. | Year Plumb. Renv. | Year Heat Syst. Renv. |
|----------|-----------------|--------------------|-------------------|----------------------|
| 001 | | | Y | |

―――――――――― DESCRIPTION OF ADDITIONAL COVERAGES, CREDITS AND DEBITS ――――――――――

PREMISES ALARM SYSTEM CREDIT
    PERCENTAGE IS 15.

―――――――――――――――――― ADDITIONAL INTERESTS ――――――――――――――――――

CITIMORTGAGE INC
PO BOX 7706
SPRINGFIELD OH   45501-7706

Applies To:

| Location | Interest | Loan Number |
|----------|----------|-------------|
| 001 | MORTGAGEE | 0020037098 |

―――――――――――――――― FORMS AND ENDORSEMENTS ――――――――――――――――

Your insurance is comprised of the following forms:

| Form No. | Ed. Date | Form No. | Ed. Date | Form No. | Ed. Date |
|----------|----------|----------|----------|----------|----------|
| HO0003 | 0491 | HO0496 | 0491 | 80-1LA | 0407 |
| 81-3ED | 0198 | 80-80 | 0905 | HO0342 | 0704 |
| 80-23LA | 0407 | HO0416 | 0491 | | |

Date Issued: 05/15/2008

HO (07/96)

| 07/03/2008 | PLPW17519701 | *3* | 1605 | AGENT COPY | PGDM560D J19432 | APAFPPN 00007668 Page | 6 |